The order below is hereby signed.

Signed: October 03, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
GEOFFREY B. DeOLIVERIA,            )   Case No. 09-00788
                                   )   (Chapter 7)
        Debtor.                    )

ORDER OF DISMISSAL

On September 8, 2009, the debtor filed a certificate of credit counseling reflecting that he obtained credit counseling more than 180 days prior to the filing of the petition (Dkt. No. 11). Accordingly, the court issued an order directing the debtor to do one of the following: (1) file a valid credit counseling certificate reflecting that he obtained the requisite counseling within 180 days prior to filing the petition; (2) file an amended Exhibit D requesting a temporary waiver of the requirement; or (3) show cause why this case ought not be dismissed based upon § 109(h) ineligibility. The debtor has responded by the filing of a certificate reflecting that he obtained credit counseling on September 9, 2009, one day post-petition. Post-petition counseling does not satisfy the prepetition credit counseling requirement of § 109(h). It thus appearing that the debtor is

ineligible to be a debtor in bankruptcy, it is

ORDERED that the above-captioned bankruptcy case is DISMISSED.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 7 Trustee; Office of United States Trustee; All entities on the BNC mailing list.